IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
CIVIL ACTION NO. 1:20-CV-00239-GCM

| | |
|---|---|
| **OMORO STRONG**, | |
| **Plaintiff,** | |
| v. | **ORDER** |
| **ANDREW M. SAUL,** | |
| **Defendant.** | |

**THIS MATTER IS BEFORE THE COURT** on the Motion for Admission *Pro Hac Vice* ("Motion") concerning David B. Goetz (Doc. No. 8).

Upon review and consideration of the Motion, which was accompanied by submission of the necessary fees, the Court hereby **GRANTS** the Motion.

In accordance with Local Rule 83.1(b), Mr. Goetz is admitted to appear before this court *pro hac vice* on behalf of Plaintiff Omoro Strong.

**IT IS SO ORDERED**.

Signed: December 2, 2020

Graham C. Mullen
United States District Judge