IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION

| | | |
|---|---|---|
| OMORO STRONG, | § § § | |
| PLAINTIFF, | § § | |
| vs. | § § § | CASE NO.: 1:20-CV-00239 |
| ANDREW SAUL, COMMISSIONER OF SOCIAL SECURITY | § § § § | |
| DEFENDANT. | § | |

    This matter is before the Court upon its own motion. This Order clarifies a previous text Order entered by the Court on July 26, 2021 extending the deadline for Plaintiff's Motion for Summary Judgment. The text Order failed to extend the Commissioner's deadline for an additional thirty days as well. Accordingly, the Court hereby extends the deadline for the Commissioner's Motion for Summary Judgment to thirty days from the date of entry of this Order.

    IT IS SO ORDERED.

Signed: September 27, 2021

Graham C. Mullen
United States District Judge