IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION

**OMORO STRONG,**

    **Plaintiff,**

v.                                         CASE NO. 1:20-CV-00239-GCM

**KILOLO KIJAKAZI,**
**Acting commissioner of Social Security,**

    **Defendant**                 **ORDER GRANTING**
                                                  **CONSENT MOTION FOR ATTORNEY**
                                                  **FEES PURSUANT TO EAJA UNDER**
                                                  **28 U.S.C.A. §2412(d)**

_____

    This mater is before the Court upon Consent Motion for Attorney's Fees under the Equal Access to Justice Act ("EAJA"). Plaintiff conferred with Defendant, via counsel, and Defendant consents to the Plaintiff's Motion for Attorney Fees in the amount of $5,750.00, under EAJA, 28 U.S.C.A. § 2412(d).

    If the award to Plaintiff is not subject to the Treasury Offset Program, payment will be made by check payable to Plaintiff's counsel, in accordance with Plaintiff's assignment to her attorney of her right to payment of attorney's fees under the EAJA. If the payment is subject to offset, then any remaining fee will be made payable to Plaintiff and sent to Plaintiff's counsel.

    This motion has been considered by the undersigned.

IT IS ORDERED THAT:

    Plaintiff's Motion for Attorney Fees in the amount of $5,750.00 is hereby GRANTED.

                                                            Signed: November 17, 2021

                                                            United States District Judge